JORDAN v DEPARTMENT OF CORRECTIONS

Docket No. 143577. Submitted October 13, 1993, at Marquette. Decided November 16, 1993, at 9:05 A.M. Leave to appeal sought.

Ronald L. Jordan brought an action in the Marquette Circuit Court against the Department of Corrections. The court, Edward A. Quinnell, J., granted summary disposition for the defendant. The plaintiff appealed.

The Court of Appeals *held:*

This appeal is vexatious, and, accordingly, the plaintiff is ordered to pay to the defendant $200 as damages and expenses for the defense of this appeal.

Affirmed.

Ronald L. Jordan, in propria persona.

*Frank J. Kelley,* Attorney General, *Thomas L. Casey,* Solicitor General, and *Thomas E. McClear,* Assistant Attorney General, for the defendant.

Before: SAWYER, P.J., and GRIFFIN and R. M. PAJTAS,* JJ.

PER CURIAM. The judgment of the lower court hereby is affirmed for the reasons stated in the written opinion of the circuit court.

Further, like most of plaintiff's other ninety-six appeals to this Court, this appeal is vexatious. Accordingly, pursuant to MCR 7.216(C), we hereby order plaintiff to pay to defendant actual damages and expenses for the defense of this appeal in the sum of $200. See *Wilson v Knight-Ridder Newspapers, Inc,* 190 Mich App 277, 280; 475 NW2d 388 (1991).

Affirmed.

---

* Circuit judge, sitting on the Court of Appeals by assignment.